THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

JS-6

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH SWAN, | )    CV 06-00955 VBK |
|     Plaintiff, | ) |
|     v. | )   JUDGMENT FOR PLAINTIFF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
|     Defendant. | ) |

      The Court having approved the stipulation of the parties to reopen this case for

the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for

Plaintiff.

DATE:  August 12, 2009

                              /s/
                    VICTOR B. KENTON
                    United States Magistrate Judge